**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 18-00250-02-CR-WHFS |
| ) | |
| ) | |
| **PAMELA MICHELLE ALLOWAY,** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On October 28, 2020, Defendant Pamela Alloway appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to Count Two of the indictment. Defendant executed a consent to entry of a felony guilty plea before a magistrate judge. Count Two of the indictment charges Defendant with possession of a firearm in furtherance of a drug trafficking offense. After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offenses to which Defendant has pleaded guilty were supported by a factual basis for each of the essential elements of the offenses. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be accepted and that Defendant be adjudged guilty and have a sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

DATE: October 28, 2020      */s/ W. Brian Gaddy*
                                                 W. BRIAN GADDY
                                                 UNITED STATES MAGISTRATE JUDGE