# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00250-CR-W-HFS |
| PAMELA MICHELLE ALLOWAY | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on October 28, 2020, before Magistrate Judge W. Brian Gaddy, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11 to Count 2 of the Indictment – that is, possession of a firearm in furtherance of a drug trafficking offense.

In a Report and Recommendation dated October 28, 2020 (Doc. 106), after cautioning and examining defendant under oath concerning the requirements of Rule 11, Judge Gaddy determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 106) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.


s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated:  November 16, 2020
Kansas City, Missouri